| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0207 1:15CR00296 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District Of New York | |
| David Richmond<br>262 Rising Meadow Way<br>East Stroudsburg Pennsylvania 18302 | NAME OF SENTENCING JUDGE | |
| | Honorable Pamela K. Chen, USDJ | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/6/2017 | TO 9/5/2023 |

**OFFENSE**

**Count 1**: CONSPIRACY TO DISTRIBUTE HEROIN AND COCAINE, 21 U.S.C. § 846, 21 U.S.C. § 846(b)(1)(A)
**Count 2**: UNLAWFUL USE OF A FIREARM, 18 U.S.C. § 942(c)(1)(A)(i)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    New York

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Middle District of Pennsylvania    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 4/6/2020 | s/Hon. Pamela K. Chen |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Middle    DISTRICT OF    Pennsylvania

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 4/7/20 | *s/ Malachy E. Mannion* |
|---|---|
| *Effective Date* | *United States District Judge* |